UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

MITCHELL HOROWITZ
21 OTTAWA RD N
MORGANVILLE, NJ 07751-1348

(732) 915-0217

**FILED**
JEANNE A. NAUGHTON, CLERK
SEP - 6 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

PAID $188.00
R# 625068

In Re:
[Enter the debtor's name(s)]

Dawn Cuccolo

Case No.: 21-17277
Chapter: 13
Hearing Date: 10-12-22
Judge: Kaplan

## NOTICE OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

[Enter your name] Mitchell Horowitz, the debtor's landlord, has filed papers with the court requesting relief from the automatic stay in order to initiate or resume an action in the state court of New Jersey for possession of the premises rented by the debtor(s) located at:

637 Windflower Ct. Morganville, NJ 07751

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 10-12-22
Hearing Time: 9 am
Hearing Location: Trenton
402 E. State St
Trenton, NJ 08608
Courtroom Number: 8

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

[Enter the trustee's name and address]   Albert Russo

[Enter the name and address of all other parties who will be affected by this motion]

CN 4853
Trenton, NJ 08650

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 9/1/2022         Mitchell [signature]
[Enter the date this document is signed]    Signature [Of the party seeking relief]