UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

MITCHELL HOROWITZ
21 OTTAWA RD N
MORGANVILLE, NJ 07751-1348

(732) 915-0217

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP - 6 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

In Re:
*[Enter the debtor's name(s)]*

Dawn Cuccolo

Case No.: 21-172-77
*[Enter the case number]*

Chapter: 13
*[Enter the chapter]*

Hearing Date: 10-12-22
*[Enter the hearing date]*

Judge: Kaplan
*[Enter the judge's last name]*

## CERTIFICATION OF LANDLORD IN SUPPORT
## OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* Mitchell Horowitz, landlord in the above captioned case, submits this Certification in support of the Motion for Relief from the Automatic Stay filed on *[Enter the date the motion was filed]* 09-2-22.

1. I am fully familiar with the debtor's rental payment history because I am the landlord of the property rented by the debtor.

2. The property is located at: *[Enter the address of the property]* 637 Windflower Ct. Morganville, NJ 07751

3. The debtor filed for bankruptcy on *[Enter the date the debtor filed their petition]* 9-15-2021

4. Pre-petition *[check one]*:

    ☒ I started an eviction action in the New Jersey state court and a copy of the complaint is attached as Exhibit A, or

    ☐ I did not start an eviction action.

5. Pre-petition *[check one]*:

    ☐ I obtained a Judgment for Possession and a copy of the Judgment is attached as Exhibit B, or

    ☒ I did not obtain a Judgment for Possession

6. I am seeking relief from the automatic stay to *[check all that apply]*:

    ☒ enforce the Judgment of Possession;

    ☒ pursue my state court rights because of the debtor's nonpayment of rent;

    ☒ pursue my state court rights because of debtor's endangerment of the property in the 30 days before the petition date *[explain below]*
    Partial non payment of rent. Debtor keep my property filthy, unkempt and much damage

    ☐ pursue my state court rights because the debtor illegally used, or allowed to be used, controlled substances on the property in the thirty (30) days before the petition date *[explain below]*

    ☒ other *[explain]* I have a buyer, contract signed since 6/2/2022. She does not acknowledge me when I contact her. — See letter attached

7. The amount of the debtor's monthly rental payment is $ 2,900.00 .

8. Pre-petition, the debtor owed rent totaling $ 1,905.00 , which represents partial unpaid rent for 3 months.

9. The debtor's post-petition payment history is as follows *[Enter requested information for each payment due]*:

|    | Amount Due | Payment Due Date | Date Payment Received | Amount Received | How Payment Was Applied |
|----|------------|------------------|-----------------------|-----------------|-------------------------|
| 1  | $635       | 7/1/22           | 6/25/22               | 2,265           | Bank check              |
| 2  | $635       | 8/1/22           | 7/26/22               | 2,265           | Bank Check              |
| 3  | $635       | 9/1/22           | 8/26/22               | 2,265           | Bank Check              |
| 4  | $50        | 7/1/22           | —                     | —               | —                       |
| 5  | $50        | 8/1/22           | —                     | —               | —                       |
| 6  | $50        | 9/1/22           | —                     | —               | —                       |
| 7  |            |                  |                       |                 |                         |
| 8  |            |                  |                       |                 |                         |
| 9  |            |                  |                       |                 |                         |
| 10 |            |                  |                       |                 |                         |
| 11 |            |                  |                       |                 |                         |
| 12 |            |                  |                       |                 |                         |

10. Post-petition, the debtor owes rent totaling $ __1,905__, which represents unpaid rent for __3__ months, plus late charges totaling $ __150.00__.

11. The debtor's failure to pay rent is cause for relief from the automatic stay.

12. Through this motion, I request relief from the automatic stay so I may initiate or continue an action in the state court to remove debtor from the rented premises.

I certify under penalty of perjury that the above is true.

Date: __9/1/2022__     __Mitchell Hry__ (Signature of Landlord)

*[Enter the date this document is signed]*