UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

MITCHELL HOROWITZ
21 OTTAWA RD N
MORGANVILLE, NJ 07751-1348

732-915-0217

FILED
JEANNE A. NAUGHTON, CLERK
SEP - 6 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

**In Re:**
*[Enter the debtor's name(s)]*

Dawn Cuccolo

Case No.: 21-172-77
*[Enter the case number]*

Chapter: 13
*[Enter the chapter; example: 13]*

Hearing Date: 10·12·22
*[Enter the hearing date]*

Judge: Kaplan
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 9/1/2022
*[Enter date this document is signed]*

Signature: Mitchell [signature]
*[Of party seeking relief]*