UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*



MITCHELL HOROWITZ
21 OTTAWA RD N
MORGANVILLE, NJ 07751-1348

732-915-0217

In Re:
*[Enter the debtor's name(s)]*

Dawn Cuccolo

Case No.: 21-17277
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: 10.12.22
*[Enter the hearing date]*

Judge: Kaplan
*[Enter the Judge's last name]*

## ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

_____.

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

3. Other: *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____
_____