UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

MITCHELL HOROWITZ
21 OTTAWA RD N
MORGANVILLE, NJ 07751-1348

(732) 915-0217

FILED
JEANNE A. NAUGHTON, CLERK
SEP - 6 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Case No.: 21-172-277
*[Enter the case number]*

Chapter: 13
*[Enter the chapter of the case]*

Hearing Date: 10-12-22
*[Enter the hearing date]*

Judge: Kaplan
*[Enter the Judge's last name]*

In Re:
*[Enter the debtor's name(s)]*

Dawn Cuccolo

**CERTIFICATION OF SERVICE**

1. I, Mitchell Horowitz:

    ☐ represent _____, the landlord in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____, the landlord in this matter.

    ☒ am the landlord in this case and am representing myself.

2. On *[Enter the date you served the documents]* 9/2/22, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    *[Place a check next to each document you served]*

    ☒ Notice of Motion for Relief from the Automatic Stay

    ☒ Certification of Landlord in Support of Motion for Relief from the Automatic Stay

    ☒ Statement as to Why No Brief is Necessary

    ☒ Proposed Order Granting Motion for Relief from the Stay

    ☐ Other *[Explain]* see enclosed Explanation

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/1/2022

*[Enter the date you signed this document]*

Signature: Mitchell

*[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br>Dawn Cuccolo<br>637 Windflower Ct.<br>Morganville NJ 07751 | *[Enter the party's relationship to the case]*<br>Tenant<br>Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* Mcguire, Ariz.<br>Christine Mcguire<br>4249 Rte 9 N.<br>Freehold, NJ 07728 | *[Enter the party's relationship to the case]*<br>debtors attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* Tomer Law Firm<br>Monika Mazurczyk<br>17 Broad St<br>Ste. 3<br>Freehold NJ 07728 | *[Enter the party's relationship to the case]*<br>debtors attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | *[Enter the party's relationship to the case]*<br>Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |