# EXHIBIT A

```
Product                    Qty    Unit      Price
                                  Price
Priority Mail®              1                $8.95
Window FR Env
    Morganville, NJ 07751
    Flat Rate
    Expected Delivery Date
        Mon 08/29/2022
    Tracking #:
        9505 5160 1013 2238 6830 79
    Insurance                                $0.00
        Up to $100.00 included
Total                                        $8.95

Grand Total:                                 $8.95

Debit Card Remit                             $8.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX3207
    Approval #: 017618
    Transaction #: 830
    Receipt #: 021660
    Debit Card Purchase: $8.95
    AID: A0000000980840      Chip
    AL: US DEBIT
    PIN: Verified
```

**************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
**************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
Insurance. For information on filing an
insurance claim go to:
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/pos
or scan this code with your mobile device.



CASHIER'S CHECK

SERIAL #: 6760601903
ACCOUNT #: ▊▊▊▊3547

August 26, 2022

**$2,265.00**

VOID IF OVER US $ 2,265.00

NON-NEGOTIABLE

**Two Thousand Two Hundred Sixty-Five and 00/100 -US Dollars**

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

0067606
Office AU #    11-24
               1210(8)

Remitter:           DAWN CUCCOLO
Purchaser:          DAWN CUCCOLO
Purchaser Account:  xxxxxx4058
Operator I.D.:      nj001730
Funding Source:     Electronic Item(s)

Payee Address:
Memo:               SEPTEMBER RENT

WELLS FARGO BANK, N.A.
365 ROUTE 9
MANALAPAN, NJ 07726
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE
AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy



SEP 2022





```
                    POSTAL SERVICE
                    EAST BRUNSWICK
                    614 CRANBURY RD
                EAST BRUNSWICK, NJ 08816-9908
                      (800)275-8777

06/24/2022                              02:06 PM

Product              Qty           Unit      Price
                                   Price

Priority Mail® 1-Day  1                      $8.95
  Flat Rate Env
    Morganville, NJ 07751
    Flat Rate
    Expected Delivery Date
       Mon 06/27/2022
    Tracking #:
       9505 5158 8302 2172 4963 79
    Insurance                                $0.00
       Up to $50.00 included
Total                                        $8.95

Grand Total                                  $8.95

   Card Remitted                             $8.95
   Card Name: VISA
   Account #: XXXXXXXXXXXX3207
   Approval #: 072397
   Transaction #: 360
   Receipt #: 026141
   Debit Card Purchase: $8.95
   AID: A0000000980810              Chip
   AL: US DEBIT
   PIN: Verified

****************************************
   Every household in the U.S. is now
    eligible to receive a third set
        of 8 free test kits.
        Go to www.covidtests.gov
****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
           1-800-222-1811.

  In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
      Associate can show you how.

   Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
  https://www.usps.com/help/claims.htm
         or call 1-800-222-1811

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.

          Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device
```

CASHIER'S CHECK

SERIAL #: 6773601653
ACCOUNT #: ████3547

June 24, 2022

**$2,265.00**

VOID IF OVER US $ 2,265.00

NON-NEGOTIABLE

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

**Two Thousand Two Hundred Sixty-Five and 00/100 -US Dollars**

0067736
Office AU #        11-24
                   12108
Remitter           DAWN CUCCOLO
Purchaser          DAWN CUCCOLO
Purchaser Account  xxxxx4058
Operator ID        u690835
Funding Source     Electronic Item(s)

Payee Address:
Memo: JULY RENT

WELLS FARGO BANK, N.A.
15 N MAIN ST
MILLTOWN, NJ 08850
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER: IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE
AND REQUIRE AN INDEMNITY AGREEMENT AND BOND

Purchaser Copy



```
UNITED STATES
POSTAL SERVICE

KENILWORTH
641 BOULEVARD
KENILWORTH, NJ 07033-9998
(800) 275-8777

05/24/2022                           01:20 PM

Product              Qty    Unit     Price
                            Price

Priority Mail® 1-Day 1               $8.95
Window FR-Env
   Morganville, NJ 07751
   Flat Rate
   Expected Delivery Date
      Thu 05/26/2022
   Tracking #:
      9505 5158 0897 2144 5312 06
   Insurance                         $0.00
      Up to $50.00 included

Total                                $8.95

Grand Total:                         $8.95

Debit Card Remitted                  $8.95
   Card Name: VISA
   Account #: XXXXXXXXXXXX3207
   Approval #: 063684
   Transaction #: 126
   Receipt #: 031631
   Debit Card Purchase: $8.95
   AID: A0000000980840    Chip
   AL: US DEBIT
   PIN Verified
```

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device

---

CASHIER'S CHECK

SERIAL #: 6755901955
ACCOUNT #: ▮▮▮▮▮547

May 24, 2022

**$2,265.00**

VOID IF OVER US $ 2,265.00

NON-NEGOTIABLE

11-24
1210(8)

Remitter:           DAWN CUCCOLO
Purchaser:          DAWN CUCCOLO
Purchaser Account:  xxxxxx4058
Operator ID:        k021226 u297098
Funding Source:     Electronic Item(s)

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

**Two Thousand Two Hundred Sixty-Five and 00/100 -US Dollars**

Payee Address:  JUNE 22 RENT
Memo
WELLS FARGO BANK, N.A.
477 BOULEVARD
KENILWORTH, NJ 07033
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE
AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy

FB2-1 (10/19) MA203  10117252



```
                POSTAL SERVICE®
                   ENGLISHTOWN
                 9 TAYLORS MILLS RD
                MANALAPAN, NJ 07726-9998
                    (800)275-8777
04/22/2022                              09:30 AM
------------------------------------------------
                          Unit       Price
Product            Qty    Price
------------------------------------------------
Priority Mail® 1-Day 1                  $8.95
  Window FR Env
      Morganville, NJ 07751
      Flat Rate
      Expected Delivery Date
        Mon 04/25/2022
      Tracking #:
        9505 5160 1013 2112 6468 17
      Insurance                         $0.00
        Up to $50.00 included
Total                                   $8.95

------------------------------------------------
Grand Total:                            $8.95
------------------------------------------------
                                        $8.95
Debit Card Remitted
    Card Name: VISA
    Account #: XXXXXXXXXXXX3207
    Approval #: 019809
    Transaction #: 726
    Receipt #: 020453
    Debit Card Purchase: $8.95
    AID: A0000000980840            Chip
    AL: US DEBIT
    PIN: Verified
------------------------------------------------

************************************************
    Every household in the U.S. is now
     eligible to receive a second set
            of 4 free test kits.
           Go to www.covidtests.gov
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
              1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
     Associate can show you how.

    Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

             Preview your Mail
             Track your Packages
             Sign up for FREE @
     https://informeddelivery.usps.com

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.

              [QR code]

           or call 1-800-410-7420.
```

Cashier's Check:

SERIAL #: 6760601852
ACCOUNT #: ████8547

April 22, 2022

**$2,265.00**

VOID IF OVER US $ 2,265.00
NON-NEGOTIABLE

CASHIER'S CHECK

**Two Thousand Two Hundred Sixty-Five and 00/100 -US Dollars**

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

Payee Address: MAY RENT
Memo:
WELLS FARGO BANK, N.A.
365 ROUTE 9
MANALAPAN, NJ 07726
FOR INQUIRIES CALL (480) 394-3122

0067606
Office AU #

11-24
1210(8)

Remitter:        DAWN CUCCOLO
Purchaser:       DAWN CUCCOLO
Purchaser Account: xxxxxx4058
Purchaser I.D.:  a797286
Operator I.D.:
Funding Source:  Electronic Item(s)

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE
AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy

F8004 (10/19) M4203 10152154



```
              ENGLISHTOWN
           9 TAYLORS MILLS RD
           MANALAPAN, NJ 07726-9998
              (800)275-8777
02/19/2022                      09:29 AM

                  Duplicate
                 _____
Product          Qty   Unit       Price
                       Price

Priority Mail® 1-Day 1            $6.95
Window FR Env
    Morganville, NJ 07751
    Flat Rate
    Expected Delivery Date
       Tue 02/22/2022
    Tracking #:
       9505 5160 1012 2050 7080 12
    Insurance                     $0.00
       Up to $50.00 included
Total                             $6.95


Grand Total:                      $8.95

Debit Card Remitted               $8.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX3207
    Approval #: 043087
    Transaction #: 483
    Receipt #: 022116
    Debit Card Purchase: $8.95
    AID: A0000000980840      Chip
    AL: US DEBIT
    PIN: Verified

**************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
   COVID-19. We appreciate your patience.
**************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
           1-800-222-1811.

In a hurry? Self-service kiosks offer
 quick and easy check-out. Any Retail
    Associate can show you how.

    Save this receipt as evidence of
insurance. For information on filing an
          insurance claim go to
    https://www.usps.com/help/claims.htm
         or call 1-800-222-1811

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

     Tell us about your experience.
Go to: https://postalexperience.com/Pos
 scan this code with your mobile device.
```



```
       or call 1-800-410-7420.



332445-0393
Rpt #: 840-50880021-2-5379665-2
Clk: 05
```





CASHIER'S CHECK

SERIAL #: 6760601822    ACCOUNT #: ▮▮▮▮3547

February 19, 2022

**$2,165.00**

VOID IF OVER US $ 2,165.00

NON-NEGOTIABLE

0057606    11-24
Office AU #   1210(8)

Remitter: DAWN CUCCOLO
Purchaser: DAWN CUCCOLO
Purchaser Account: xxxxx4058
Operator I.D.: u544665
Funding Source: Electronic Item(s)

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

**Two Thousand One Hundred Sixty-Five and 00/100 -US Dollars**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
365 ROUTE 9
MANALAPAN, NJ 07726
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy

```
Priority Mail 1-Day
Window FR Env
    Morganville, NJ 07751
    Flat Rate
    Expected Delivery Date
        Mon 01/24/2022
    Tracking #:
        9505 5160 1013 2022 6166 96              $0.00
    Insurance
        Up to $50.00 included                    $8.95
Total
                                                ------
                                                 $8.95
Grand Total:                                     $8.95

Debit Card Remitted
    Card Name: VISA
    Account #: XXXXXXXXXXXX3207
    Approval #: 042053
    Transaction #: 799
    Receipt #: 019457
    Debit Card Purchase: $8.95
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

******************************************
USPS is experiencing unprecedented volume
     increases and limited employee
     availability due to the impacts of
     COVID-19. We appreciate your patience.
******************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
     Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

        Preview your Mail
        Track your Packages
        Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
```





**CASHIER'S CHECK**

SERIAL #: 6760601809
ACCOUNT #: ▮▮▮▮3547

January 22, 2022

**$2,165.00**

VOID IF OVER US $ 2,165.00

**NON-NEGOTIABLE**

**Two Thousand One Hundred Sixty-Five and 00/100 -US Dollars**

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

0067606
Office AU #

11-24
1210(8)

Remitter: DAWN CUCCOLO
Purchaser: DAWN CUCCOLO
Purchaser Account: ....4058
Operator I.D.: u544665
Funding Source: Electronic Item(s)

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
365 ROUTE 9
MANALAPAN, NJ 07726
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

FB004 (10/19) M4203  10152154