# EXHIBIT B

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**CASHIER'S CHECK**

0067606   11-24
Office AU #   1210(8)

6760601914

Remitter: DAWN CUCCOLO
Operator I.D.: nj001730

September 30, 2022

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

**Two Thousand Two Hundred Sixty-Five and 00/100 -US Dollars**   **$2,265.00**

Payee Address:
Memo:    OCTOBER RENT

VOID IF OVER US $ 2,265.00

WELLS FARGO BANK, N.A.
365 ROUTE 9
MANALAPAN, NJ 07726
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

⑆6760601914⑆ ⑈　　　　　　　⑈ 3547⑈

---

0067606   11-24
Office AU #   1210(8)

**CASHIER'S CHECK**

SERIAL #: 6760601914
ACCOUNT#: 3547

Remitter:         DAWN CUCCOLO
Purchaser:        DAWN CUCCOLO
Purchaser Account: xxxxxx4058
Operator I.D.:    nj001730
Funding Source:   Electronic Item(s)

PAY TO THE ORDER OF ***MITCHELL HOROWITZ***

September 30, 2022

NON-NEGOTIABLE

**Two Thousand Two Hundred Sixty-Five and 00/100 -US Dollars**   **$2,265.00**

Payee Address:
Memo:    OCTOBER RENT

VOID IF OVER US $ 2,265.00

WELLS FARGO BANK, N.A.
365 ROUTE 9
MANALAPAN, NJ 07726
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004 (10/19) M4203 10152154

4649

(back of check - security features and "DO NOT NEGOTIATE THIS IS NOT A CHECK" watermark repeated)