Order Filed on October 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004

In re:

Dawn E. Cuccolo ,

      Debtor.

Case No.: 21-17277 (MBK)

Chapter 13

Hon. Michael B. Kaplan, U.S.B.J.

## ORDER GRANTING LIMITED STAY RELIEF

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 26, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Dawn E. Cuccolo
Case No.: 21-17277 (MBK)
Caption of Order: Order on Motion For Relief From Stay

The creditor having filed a motion for relief from stay; and the court having considered Debtor's opposition; and for good cause shown; it is

ORDERED that the motion is granted in limited part to allow the parties to address any future rent obligations in the appropriate Landlord Tenant Court.